FILED: August 1, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-7360
(7:15-cv-00403-JPJ-RSB)
_____

ERIC JOSEPH DEPAOLA

      Plaintiff - Appellant

v.

HAROLD W. CLARKE; DAVID ROBINSON; G. K. WASHINGTON; FRED SCHILLING; E. R. BARKSDALE; V. PHIPPS; DR. MCDUFFIE; DR. SMITH; DR. MULLINS; L. STUMP; L. MULLINS; T. COX; S. FLETCHER; HUFF; TRENT

      Defendants - Appellees

_____

O R D E R
_____

Upon consideration of submissions relative to the motion to file separate briefs, the court grants the motion, the combined length of which shall not exceed the length limitations established by Federal Rules of Appellate Procedure. See Fed. R. App. P. 32(a)(7) & 28.1(e).

All parties to a side shall continue to share time for oral argument provided by this court's Local Rule 34(d).

For the Court--By Direction

/s/ Patricia S. Connor, Clerk